# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed on or After November 1, 1987) |
| Juan Martinez-Gomez | No. 08-15973-001M-SD |
| Citizen of Mexico | Brenda Acosta Sandoval (AFPD)<br>Attorney for Defendant |
| USM#: 67628-208    DOB: 1977 | ICE#: A99 514 054 |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 7/9/2008 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SEVENTY-FIVE (75) DAYS on Count THREE, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**08-15973-001M-SD**  *Page 2 of 2*
*USA vs. Juan Martinez-Gomez*

Date of Imposition of Sentence: **Wednesday, July 9, 2008**

_____  Date 7/9/2008 _____
DAVID K. DUNCAN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____       By:_____
United States Marshal                                  Deputy Marshal
08-15973-001M-SD -

UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 7/9/2008            CASE NUMBER:  08-15973-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Juan Martinez-Gomez

U.S. MAGISTRATE JUDGE: DAVID K. DUNCAN   Judge #: 70BL
U.S. Attorney _____   INTERPRETER REQ'D  Ricardo Gonzalez
                                              LANGUAGE: Spanish
Attorney for Defendant  Brenda Acosta Sandoval (AFPD)

- DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

  DOA__             ☐ Complaint Filed            ☐ Appointment of counsel hearing held
  ☐ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
  ☐ Initial Appearance

**DETENTION HEARING:**           ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:  before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**           ☒ Held  ☐ Cont'd  ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts THREE
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) THREE  of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to ___ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE / TWO
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 75 days  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED   ☐ Fine $_____  ☐ Restitution $_____
Other: _____

RECORDED:  CS
BY:  Angela J. Tuohy, Deputy Clerk

UNITED STATES DISTRICT COURT											MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 7/8/08            CASE NUMBER:  08-15973M-SD

USA vs. Juan Martinez-Gomez

U.S. MAGISTRATE JUDGE: SUPERIOR COURT JUDGE MARK W. REEVES FOR JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____   INTERPRETER  Ricardo Gonzalez _____
                                                   LANGUAGE  Spanish _____
Attorney for Defendant  Brenda Acosta Sandoval (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 7/7/08              ☒ Initial Appearance              ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☒ Defendant Sworn                 ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)           ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>     ☐ Flight risk  ☐ Danger | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: _____<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Plea and possible sentence hearing is set for 7/9/08 at 1:30 pm before Magistrate Judge Duncan (Yuma).

                                       Recorded by Courtsmart
                                       BY:  Angela J. Tuohy
                                       Deputy Clerk

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Juan MARTINEZ-Gomez
Citizen of Mexico
YOB: 1977
099514054
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-15973M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I
That on or about August 23, 2007, Defendant Juan MARTINEZ-Gomez was arrested and removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about July 7, 2008, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II
That on or about July 7, 2008, within the Southern District of California, Defendant Juan MARTINEZ-Gomez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on February 3, 2006 (Felony).

### COUNT III
That on or about July 7, 2008, within the Southern District of California, Defendant Juan MARTINEZ-Gomez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

_____
Signature of Complainant
Joseluis Reynoso
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

July 8, 2008                                    at              Yuma, Arizona
Date                                                            City and State

Jay R. Irwin, U.S. Magistrate                   _____
Name & Title of Judicial Officer                Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:           Juan MARTINEZ-Gomez

Dependents:          3 USC

**IMMIGRATION HISTORY:**   The Defendant was last removed through San Ysidro, California on August 23, 2007.  **The Defendant was also removed through San Ysidro, on November 22, 2005 and on February 9, 2007; and through Nogales, Arizona on February 9, 2007.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 01/29/07 | Henderson, NV | Burglary (FEL) | None Found |
| 02/03/06 | Yuma, AZ | Illegal Entry US | 35 Days Jail |
| 10/23/06 | Las Vegas, NV | Battery / Domestic Violence | None Found |
| 12/07/05 | Las Vegas, NV | Battery / Domestic Violence | 2 Days Jail; $340 Fine |
| 04/17/05 | Las Vegas, NV | Battery / Domestic Violence | None Found |
| 08/07/04 | Las Vegas, NV | Battery / Domestic Violence | None Found |
| 04/07/04 | Las Vegas, NV | Battery / Domestic Violence | None Found |
| 03/08/04 | Las Vegas, NV | Battery / Domestic Violence | Dismissed |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing.  During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant was found to have a prior conviction for 8 USC 1325, Illegal Entry, and was sentenced to thirty-five (35) days jail in Yuma, Arizona on February 3, 2006.**

The Defendant last entered the United States illegally without inspection near Andrade, California on July 7, 2008.

Charges:   8 USC§1326          (Felony)
           8 USC§1325          (Felony)
           8 USC§1325          (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,
_____July 8, 2008_____
Date

_____
Signature of Judicial Officer